# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DHARAMPAL SINGH and JOGINDER SINGH, <br><br> Plaintiffs, <br><br> v. <br><br> KULBIR BAJWA, <br><br> Defendant. | 07cv1032 AWI GSA <br><br> ORDER RE: STATUS CONFERENCE ON OCTOBER 17, 2008 |

A status conference was held in this matter on October 17, 2008. John Sweeney appeared on behalf of Plaintiffs. Kulbir Bajwa appeared pro se. Both parties appeared telephonically.

Plaintiffs indicated that they will not oppose Defendant's Motion to Set Aside Default. Plaintiffs shall file any nonopposition to the motion no later than October 27, 2008. Plaintiffs shall also file proof that Defendant was properly served with the Complaint no later than October 27, 2008. Defendant shall inform the Clerk of the Court with an updated address within three days of this order.

Both parties represented that they will consent to magistrate court jurisdiction. The parties also indicated that they will stipulate that this matter should be stayed pending the trial in a related case pending in Kern County Superior Court (Case number S-1500-CV-260742 WDP). This state case is set for trial in February 2009. As such, the parties shall file the appropriate

1  forms consenting to magistrate court jurisdiction, as well as file a stipulation to stay these

2  proceedings based on the above no later than October 27, 2008.

3      A further status conference will be held on October 31, 2008 at 9:30 in Courtroom 10. The parties may appear telephonically, but they need to coordinate those arrangements with the

4  clerk.

5      IT IS SO ORDERED.

6  **Dated:**   **October 20, 2008**            **/s/ Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE