# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DHARAMPAL SINGH and JOGINDER SINGH,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>KULBIR BAJWA,<br><br>　　　　　Defendant. | 07cv1032 AWI GSA<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SET ASIDE DEFAULT<br><br>ORDER VACATING CLERK'S ENTRY OF DEFAULT<br><br>ORDER STAYING PROCEEDINGS<br><br>Documents 18 and 22 |

　　　Plaintiffs Dharampal Singh and Joginder Singh (Hereinafter, "Plaintiffs") filed a Complaint on July 19, 2007, alleging fraud as causes of actions. Defendant did not file an Answer to the complaint. On August 26, 2008, Plaintiffs requested that default be entered against the Defendant, Kulbir Bajwa (Hereinafter, "Defendant"). On August 29, 2008, default was entered.

　　　Pending before the court is Defendant's Motions to Quash and Dismiss which Defendant filed on September 11, 2008 and October 3, 2008, respectively. The court has construed these motions as Motions to Set Aside Default. In the motions, Defendant contends that he was never served with the Complaint.

　　　On October 28, 2008, the parties filed a stipulation that the default be vacated. The parties have also represented that Singh et al., v. Bajwa, S-1500-CV-26734 SPL, is a related case

pending in Kern County Superior Court, that may effect the outcome of the instant proceedings. The state case is set for trial in February 23, 2009.  On October 28, 2008, the parties filed a request that the instant proceedings be stayed pending the resolution of the state case.

Given the above, IT IS HEREBY ORDERED as follows :

1) Defendant's Motions to Set Aside Default are GRANTED;

2) The default entered on August 29, 2008 (Doc. 16) is SET ASIDE;

3) These proceedings are stayed pending the resolution of the state court trial which is scheduled for February 23, 2008.  However, pursuant to this court's previous order, Plaintiff shall provide the court with proof that Defendant was properly served with the Complaint no later than **November 10, 2008.**  The Defendant is not required to file an Answer to the Complaint at this time.  The court will designate a date by which Defendant shall file an Answer once the stay is lifted ;

4) The parties shall file a status report **no later than March 13, 2009** informing the court of the outcome of the trial, as well as the procedural posture of that case ;

5) There will be another status conference held on **March 19, 2009 at 10:00 am** before this court in Courtroom 10.  The parties may appear telephonically but they should contact Carrie Esteves, Courtroom deputy at 559-497-5962 prior to the hearing to make those arrangements;

6) Defendant shall inform the court within five business days of any change of address. Defendant is advised that failure to do so may result is sanctions, including but not limited to, monetary sanctions or an entry of default judgment; and

7) The parties are advised that if the state court case is not resolved by March 2009, the court may not continue to stay these proceedings until the final resolution of that matter.  The parties shall inform the court forthwith if a settlement agreement is reached prior to the next status conference.

IT IS SO ORDERED.

Dated:   **October 31, 2008**          /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE