1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                         EASTERN DISTRICT OF CALIFORNIA

9

DHARAMPAL SINGH et al.,                    )          1:07-cv-1032 GSA

10                                         )

                    Plaintiffs,            )

11                                         )

                                           )          ORDER DISMISSING ACTION

12                                         )

        vs.                                )

13                                         )

KULBIR BAJWA                               )

14                                         )

                                           )

15                    Defendants.          )

16  _____)

17

18        Pursuant to Notice of Voluntary Dismissal filed on August 4, 2009 by Plaintiffs

Dharampal Singh and Joginder Singh, this action is DISMISSED without prejudice pursuant

19

to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  The Clerk of the Court is directed

20

to close this case.

21

        IT IS SO ORDERED.

22

    **Dated:   August 5, 2009**          _____/s/ **Gary S. Austin**_____

23                                        UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28
                                              1